IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENT COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RILEY INVESTMENT PARTNERS MASTER FUND, L.P., RILEY INVESTMENT MANAGEMENT, LLC, and SMH CAPITAL INC. <br><br> Defendants. | No. _____ |

**PLAINTIFF REGENT COMMUNICATIONS, INC.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Regent Communications, Inc. ("Regent") advises the Court that it does not have any parent corporation nor is there any publicly held corporation that owns 10% or more of its stock. Regent reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

Date: August 15, 2007

Respectfully submitted,

/s/ Raymond J. DiCamillo
*Attorneys for Plaintiff Regent Communications, Inc.*

Raymond J. DiCamillo (#3188)
DiCamillo@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
10th and King Streets
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

RLF1-3189159-1

-and-

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive, Suite 500
Reston, Virginia 20190
Tel: (703) 456-1000
Fax: (703) 456-1001

RLF1-3189159-1