IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENT COMMUNICATIONS, INC.,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )  C.A. No. 07-499 (JJF)<br>RILEY INVESTMENT PARTNERS MASTER  )<br>FUND, L.P., RILEY INVESTMENT  )<br>MANAGEMENT LLC, and SMH CAPITAL  )<br>INC.,  )<br>Defendants.  ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jay C. Gandhi of PAUL, HASTINGS, JANOFSKY & WALKER LLP, 695 Town Center Drive, Seventeenth Floor, Costa Mesa, CA 92626 and Peter M. Stone of PAUL, HASTINGS, JANOFSKY & WALKER LLP, Five Palo Alto Square, Sixth Floor, Palo Alto, CA 94306 to represent defendants Riley Investment Partners Master Fund, L.P. and Riley Investment Management LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kevin M. Coen*
David J. Teklits (#3221)
Kevin M. Coen (#4775)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Defendants Riley Investment Partners Master Fund, L.P. and Riley Investment Management LLC*

Date:  August 27, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____ _____

United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: August 24, 2007

Jay C. Gandhi
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626
Telephone: (714) 668-6242
Facsimile: (714) 979-1921
jaygandhi@paulhastings.com

1220019

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8-24-07

*/s/ PST*

Peter M. Stone
PAUL HASTINGS
Five Palo Alto Square
Sixth Floor
Palo Alto, California
650-320-1843

CERTIFICATE OF SERVICE

I, Kevin M. Coen, hereby certify that on August 27, 2007 a copy of a MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* was served by electronic filing upon the following attorneys of record:

>Raymond J. DiCamillo, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

_____
Kevin M. Coen (#4775)