IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENT COMMUNICATION, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-499-JJF |
| : | |
| RILEY INVESTMENT PARTNERS : | |
| MASTER FUND, LP, RILEY : | |
| INVESTMENT MANAGEMENT LLC, : | |
| and SMH CAPITAL : | |
| : | |
| Defendants. : | |

## ORDER

WHEREAS, the Court conducted a hearing on Regent Communication, Inc.'s Motion For Temporary Restraining Order (D.I. 4) on August 29, 2007;

WHEREAS, the Court concludes from the alleged facts and circumstances that Defendants' activities have not amounted to a proxy solicitation;

WHEREAS, the Court concludes that Plaintiffs have failed to demonstrate irreparable harm, Tootsie Roll Indus., Inc. v. Sathers, Inc., 666 F.Supp. 655, 658 (D.Del. 1987)(when determining whether to issue a temporary restraining issue, "[t]he Court must consider whether (1) the movant has shown that there is a reasonable likelihood that it will succeed on the merits; (2) the movant has demonstrated that it will suffer irreparable harm absent the relief sought; (3) other parties will be substantially injured by the relief; and (4) where the public interest lies.");

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Temporary Restraining Order (D.I. 4) is **DENIED**.

<u>August 30, 2007</u>                             /s/ Joseph J. Farnan, Jr.
       DATE                                  UNITED STATES DISTRICT JUDGE