IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REGENT COMMUNICATION, INC.,  :
        Plaintiff,  :
v.  :  Civil Action No. 07-499-JJF
RILEY INVESTMENT PARTNERS  :
MASTER FUND, LP, RILEY  :
INVESTMENT MANGEMENT LLC, and :
SMH CAPITAL  :
        Defendants.  :

### ORDER

WHEREAS, the Court conducted a hearing on Regent Communication, Inc.'s Motion For Expedited Discovery (D.I. 5) on August 29, 2007;

WHEREAS, the Court has requested the parties engage in initial document exchange and concurrent discovery with the Delaware action during the pendency of this lawsuit and the state court action;

WHEREAS, expedited discovery will not be warranted until such time as the Chancery Court adjudicates the issue of whether a special meeting should be held;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Expedited Discovery (D.I. 5) is **DENIED** with leave to renew;

2. The parties shall file a joint status letter documenting the outcome of their discussion regarding the Court's proposal for initial document discovery and

      concurrent discovery no later than Friday, September 7, 2007;

3.    Upon the Chancery Court's adjudication of whether a special meeting will be ordered, the parties shall contact the Court to arrange a conference.

<u>August 30, 2007</u>                               /s/ Joseph J. Farnan, Jr.
    DATE                                        UNITED STATES DISTRICT JUDGE