IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENT COMMUNICATIONS, INC.<br><br>     Plaintiff,<br> v.<br><br>RILEY INVESTMENT PARTNERS MASTER FUND, L.P., RILEY INVESTMENT MANAGEMENT, LLC, and SMH CAPITAL INC.,<br><br>     Defendants. | Civil Action No. 07-499-JJF |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendants shall answer, plead or otherwise respond to the Complaint is hereby extended to and includes the period up to five business days after the Delaware Court of Chancery issues a final order in *Riley Investment Partners Master Fund, L.P. v. Regent Commc'ns, Inc.*, Civil Action No. 3154-CC.

RICHARDS, LAYTON & FINGER       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

| | |
|---|---|
|  */s/ Raymond J. DiCamillo* |  */s/ David J. Teklits* |
| Raymond J. DiCamillo (#3188) | David J. Teklits(#3221) |
| Jameson A.L. Tweedie (#4927) | Kevin M. Coen (#4775) |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 351-9292 |
|  *Attorneys for Plaintiff* |  *Attorneys for Defendants* |
|  *Regent Communications, Inc.* |  *Riley Investment Partners Master Fund, L.P.* |
| |  *And Riley Investment Management, LLC* |

POTTER, ANDERSON & CORROON LLP


     */s/ Brian C. Ralston*
Peter J. Walsh, Jr. (#2437)
Brian C. Ralston (#3770)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6037
  *Attorneys for Defendant*
  *SMH Capital, Inc.*


September 12, 2007
1231492