IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENT COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RILEY INVESTMENT PARTNERS ) <br> MASTER FUND, L.P., RILEY ) <br> INVESTMENT MANAGEMENT LLC, ) <br> SMH CAPITAL INC., SANDERS ) <br> OPPORTUNITY FUND, L.P., SANDERS ) <br> OPPORTUNITY FUND ) <br> (INSTITUTIONAL), L.P., SOF ) <br> MANAGEMENT, LLC, DON A. ) <br> SANDERS, BRYANT RILEY and JOHN ) <br> AHN, ) <br> ) <br> Defendants. ) | Civil Action No. 07-499 JJF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party to this action will bear its own costs, fees and expenses.

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Streets
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Plaintiff Regent Communications, Inc.*

RLF1-3200833-1

/s/ David J. Teklits
David J. Teklits (#3221)
Kevin M. Coen (#4775)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
*Attorneys for Defendants Riley Investment
Partners Master Fund, L.P., Riley Investment
Management, LLC, Bryant Riley and John Ahn*


/s/ Brian C. Ralston
Peter J. Walsh, Jr. (#2437)
Brian C. Ralston (#3770)
Potter, Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
*Attorneys for Defendants SMH Capital, Inc.,
Sanders Opportunity Fund, L.P., Sanders
Opportunity Fund (Institutional), L.P., SOF
Management, LLC and Don A. Sanders*

Dated: September 14, 2007


SO ORDERED this ___ day of September, 2007.


_____
United States District Judge