**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

RAYMOND J. DICAMILLO

DIRECT DIAL NUMBER
302-651-7786
DICAMILLO@RLF.COM

September 14, 2007

**BY EFILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *Regent Communications, Inc. v. Riley Investment Partners Master Fund, L.P., et al.*, C.A. 07-499-JJF

Dear Judge Farnan:

    The parties are pleased to inform the Court that they have resolved the above-captioned action. Accordingly, I have enclosed a stipulation of dismissal which has been executed by counsel for all of the parties.

    If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

Raymond J. DiCamillo (#3188)

RJD: dlr
Enclosure
cc:    David J. Teklits, Esquire
        Brian C. Ralston, Esquire

RLF1-3201091-1